# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2508
LT Case No. 2023-CA-002346-A

_____

CHARLES CARTER,

    Appellant,

    v.

PEYTON C. GRINNELL, AS
SHERIFF OF LAKE COUNTY
FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Charles Carter, Tavares, pro se.

No Appearance for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED. *See* FLA. R. APP. P. 9.315(A).

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____